## United Manufacturing Company, Appellee, v. Mitchell Novelty Company, Appellant.

**Gen. No. 45,231.**

■ John R. Ryan and McKay & Krulewitch, for appellant; John R. Ryan, of counsel; Becker & Savin, for appellee; Benjamin M. Becker and Bernard Savin, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed December 4, 1950; released for publication December 19, 1950.

